IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 99.191.108.102

**ISP:** AT&T U-verse
**Physical Location:** Austin, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/08/2019 12:32:16 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 12/13/2018 22:46:07 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 12/13/2018 22:27:38 | B41F70C3B674C9662D53B2EF9DC9BA7256330AF6 | Tiffanys Tight Ass |
| 11/18/2018 15:56:20 | E52CD0535018BED62F50F3AF807E3751587F8E27 | Sexy Movies Cum Inside |
| 10/31/2018 02:21:08 | E0F5AE588A3EB396863483FB8FD6AF8B15C29723 | Cum In For An Orgy |
| 08/30/2018 11:28:53 | 9174FA047A6DB30FF8AB2A6A46A6350775941369 | Sex And Fashion A Threeway Project |
| 08/24/2018 10:28:09 | 7F82BD81B5ABABB4B01B41EA0F35B8A93F8BC7C6 | Summertime Sex |
| 08/10/2018 11:43:10 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 07/07/2018 16:21:32 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 07/01/2018 21:41:00 | 163567455FA1883BEBA76473B18FD6565141D13E | When You Least Expect It |
| 06/18/2018 15:14:20 | 80FCA4D9AD30FEA712A2A60D7510CDC801F00A04 | Sunset Love |
| 06/14/2018 17:04:09 | 928D8DCB0112EC8253BB91F9052DE73085F137ED | Sticky and Sweet |
| 10/14/2017 16:12:57 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 08/25/2017 20:42:51 | 5139FDFD48DDD2A9243875621C11458A8C7D5194 | Welcome To The Jungle |
| 12/24/2016 23:53:09 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 05/02/2016 20:09:57 | DF7BECA848BF6DB498ECAA1479B9D3B31E99B891 | Nina Needs It Now |
| 05/02/2016 19:54:04 | 5A777B08BFC0E432DC1D04DAF1BAA4687ABB1784 | Kristin and Nine Unleashed |
| 05/02/2016 19:43:17 | C51A2ECFB22BFE408B7436C6E72128CA66F45868 | Perfectly Taylored |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

WTX15